IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| ROBERT CARSWELL, | : | |
|---|---|---|
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO.: 5:10-CV-327 (CAR) |
| Judge MARTHA CHRISTIAN, | : | |
| Defendant | : | **ORDER** |

Plaintiff **ROBERT CARSWELL** has filed a motion to proceed *in forma pauperis* on appeal from the Court's September 9, 2010 Order that denied his motion to proceed *in forma pauperis* and dismissed his action without prejudice. (R. at 4).

As was noted in the September 9, 2010 Order, plaintiff has accumulated at least ten strikes under 28 U.S.C. § 1915(g). The Prison Litigation Reform Act of 1995 provides that a prisoner may not bring a civil action or **appeal** a civil judgment without prepayment of the filing fee

> if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Because plaintiff has had at least ten complaints dismissed as frivolous in the past and has made no showing of "imminent danger of serious physical injury," his motion to proceed *in forma pauperis* on appeal is hereby **DENIED**.

**SO ORDERED**, this 20th day of October, 2010.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

lnb